1 **SARA M. PELOQUIN**
California State Bar No. 254945
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Sara_Peloquin@fd.org

5 Attorneys for Mr. Ariciga

8                    UNITED STATES DISTRICT COURT

9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,    ) Case No. 08MJ2216-LSP
                                  )
12 |              Plaintiff,      )
                                  )
13 | v.                           )
                                  ) **NOTICE OF APPEARANCE**
14 | **MIGUEL ARICIGA,**          )
                                  )
15 |              Defendant.      )
                                  )

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                       Respectfully submitted,

Dated: July 24, 2008                    /s/  *Sara Peloquin*
                                       **SARA M. PELOQUIN**
                                       Federal Defenders of San Diego, Inc.
                                       Attorneys for Mr. Ariciga

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 24, 2008                     /s/ *Sara Peloquin*
**SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Sara_Peloquin@fd.org